# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jared L. Kemp                                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-22786 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                    Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
08 Jan 2024, 13:53:59, EST

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: baafb949450b308be0b6621da666996cae0fc224f0ede5e00478287004c48703