IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| ) | Case No. 23-22786 GLT |
| Jared L. Kemp, ) | Chapter 13 |
| Debtor(s) ) | Related Docket No. 29 |
| ) | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED MAY 1, 2024**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) May 1, 2024

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

|  | Respectfully submitted, |
|---|---|
| May 1, 2024 | /s/ Kenneth Steidl |
| DATE | Kenneth Steidl, Esquire |
|  | Attorney for the Debtor(s) |
|  | STEIDL & STEINBERG |
|  | Suite 2830 – Gulf Tower |
|  | 707 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | (412) 391-8000 |
|  | ken.steidl@steidl-steinberg.com |
|  | PA I.D. No. 34965 |

```
Label Matrix for local noticing          Denise Carlon                            Goldman Sachs Bank USA
0315-2                                   KML Law Group, P.C.                      Attn: Bankruptcy
Case 23-22786-GLT                        701 Market Street                        Po Box 70379
WESTERN DISTRICT OF PENNSYLVANIA         Suite 5000                               Philadelphia, PA 19176-0379
Pittsburgh                               Philadelphia, PA 19106-1541
Wed May  1 16:16:35 EDT 2024

Goldman Sachs Bank USA/Apple             Harley-Davidson Credit Corp              Jeffrey Hunt
Lockbox 6112                             PO Box 9013                              GRB Law
Philadelphia, PA 19170-0001              Addison, Texas 75001-9013                525 William Penn Place
                                                                                  Suite 3110
                                                                                  Pittsburgh, PA 15219-1753

Jared L. Kemp                            Office of the United States Trustee      Pennsylvania Department of Revenue
312 Harding St.                          1000 Liberty Avenue                      Bankruptcy Division
Lower Burrell, PA 15068-2404             Suite 1316                               P.O. Box 280946
                                         Pittsburgh, PA 15222-4013                Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue            Penny Mac                                PennyMac Loan Services, LLC.
Department 280946                        c/o KML Law Group                        P.O. Box 2410
P.O. Box 280946                          701 Market St.                           Moorpark, CA 93020-2410
ATTN: BANKRUPTCY DIVISION                Suite 5000
Harrisburg, PA 17128-0946                Philadelphia, PA 19106-1541

Peoples Natural Gas Company LLC          Kenneth Steidl                           U.S. Department of Housing and Urban Develop
GRB Law                                  Steidl & Steinberg                       12th Floor 801 Market  Street
c/o Jeffrey R. Hunt, Esquire             Suite 2830 Gulf Tower                    Philadelphia, PA 19107
525 William Penn Place, Suite 3110       707 Grant Street
Pittsburgh, PA 15219-1753                Pittsburgh, PA 15219-1908

US Bank                                  USB Leasing LT                           Verizon
PO Box 5227                              c/o U.S. Bank National Association       by American InfoSource as agent
Cincinnati, OH 45202-5227                Bankruptcy Department                    PO Box 4457
                                         PO Box 5229                              Houston, TX  77210-4457
                                         Cincinnati, Ohio 45201-5229

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PENNYMAC LOAN SERVICES, LLC           End of Label Matrix
                                         Mailable recipients    18
                                         Bypassed recipients     1
                                         Total                  19
```