IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-22786 GLT |
|  | ) | Chapter 13 |
| Jared L. Kemp, | ) | Related Docket No.27 |
| *Debtor(s)* | ) | |
|  | ) | |
|  | ) | |
| Jared L. Kemp, | ) | |
| *Movant(s)* | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent(s)* | ) | |

## **REPORT OF FINANCING**

AND NOW, comes the Debtor, Jared L. Kemp, by and through his attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. On March 25, 2024, this Honorable Court entered an order at Docket No.27, approving the Debtor's request to finance a new vehicle

2. The Debtor purchased a 2022 Chevrolet Malibu.

3. The Debtor obtained financing through Westlake Financial at 4751 Wilshire Blvd #100, Los Angeles, CA 90010.

4. The amount of the loan was for $21,380.00 with an interest rate of 17.90%.

5. The monthly loan payment $489.33 for 72 months.

6. The monthly loan payments begin June 20, 2024.

7. The Debtors will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtor, Jared L. Kemp, respectfully file this Report of Financing.

Respectfully submitted,

May 20, 2024  
DATE

/s/ Kenneth Steidl  
Kenneth Steidl, Esquire  
Attorney for the Debtor(s)

STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
ken.steidl@steidl-steinberg.com  
PA I.D. No. 34965