**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JARED L. KEMP

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:23-22786 GLT

Document No.:

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/29/2023 and confirmed on 03/19/2024 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 32,444.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,444.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,446.60 | |
| Trustee Fee | 1,946.64 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,393.24 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 6982 | 0.00 | 20,525.13 | 0.00 | 20,525.13 |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 6982 | 24,354.48 | 0.00 | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP*<br>Acct: 6599 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF HUD**<br>Acct: 9708 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 20,525.13 |
| Priority | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JARED L. KEMP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JARED L. KEMP<br>Acct: | 10.10 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG PC<br>Acct: | 2,500.00 | 2,446.60 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| STEIDL & STEINBERG PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| USB LEASING LT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3023 | | | | |
| WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 7,515.53 | 0.00 | 7,515.53 |
| Acct: 7002 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 10.10 | 10.10 | 0.00 | 10.10 |
| Acct: XXXXXXXXXXXXXXXXXXX2786 | | | | |
| | | | | 7,525.63 |
| Unsecured | | | | |
| GOLDMAN SACHS BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6169 | | | | |
| VERIZON BY AMERICAN INFOSOURCE - A | 115.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 2,200.45 | 0.00 | 0.00 | 0.00 |
| Acct: 6599 | | | | |
| USB LEASING LT | 1,645.62 | 0.00 | 0.00 | 0.00 |
| Acct: 3023 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 28,050.76

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 10.10 |
| SECURED | 24,354.48 |
| UNSECURED | 3.961.07 |

Date: 08/18/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID
#30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m